UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

THOMAS MELZER on behalf of himself
and all others similarly situated,

      Plaintiff,

  v.                              Case No. 18-CV-1080

PRO LABEL, INC.,

      Defendant.

---

### ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS

Pursuant to the Stipulation of the Parties, the Court hereby Orders as follows:

**IT IS HEREBY ORDERED** that the Joint Stipulation To Stay Proceedings is **GRANTED**. All deadlines and requirements for submissions shall be **STAYED** until further notice of this Court.

**IT IS FURTHER ORDERED** that the parties shall, by August 1, 2019, submit a joint report to the Court updating the Court on the outcome of negotiations and, if settlement has not been reached, proposing dates by which the Parties will accomplish the tasks for which deadlines have been stayed.

Dated this 6th day of February, 2019.

                                          BY THE COURT

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court