UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

THOMAS MELZER,

     Plaintiff,

     v.                              Case No.:     18-CV-1080

PRO LABEL, INC.,

     Defendant.

### JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF A RULE 23 CLASS AND CERTIFICATION OF A COLLECTIVE ACTION

The parties, by and through their undersigned counsel, hereby move the Court for entry of the parties' proposed Order Granting Preliminary Approval of Class Action Settlement, Certification of a Rule 23 Class, and Certification of a Collective Action. That order would:

    1.     Preliminarily approve the parties' Settlement Agreement and Release of Claims (a copy of which has been filed as Exhibit A to this motion);

    2.     Order certification for settlement purposes of a class action under Fed. R. Civ. P. 23, defined as all hourly, non-exempt employees who worked at Pro Label between July 16, 2016 and August 31, 2018, and who do not timely exclude themselves;

    3.     Order certification for settlement purposes of a collective action under FLSA, 29 U.S.C. § 216(b), defined as all hourly, non-exempt employees who worked at Pro Label between July 16, 2015 and August 31, 2018, and who have timely returned Consent Forms; and

    4.     Grant certain other relief as set forth in the proposed order.

1

For the reasons outlined in the Brief in Support filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the dispute between the parties, and respectfully request that the Court grant the relief requested above.

Dated this 30th day of August, 2019.

| | |
|---|---|
| s/ *James A. Walcheske* | s/ *Rebeca M. López* |
| JAMES A. WALCHESKE | Rebeca M. López |
| State Bar No. 1065635 | WI State Bar No.: 1084842 |
| WALCHESKE & LUZI, LLC | Annie Eiden |
| 15850 West Bluemound Road, Suite 304 | WI State Bar No.: 1070855 |
| Brookfield, Wisconsin 53005 | GODFREY & KAHN, S.C. |
| Email: jwalcheske@walcheskeluzi.com | 833 E. Michigan Street, Suite 1800 |
| Telephone: (262) 780-1953 | Milwaukee, WI 53202 |
| | Phone: 414-273-3500 |
| *Attorney for Plaintiff* | Fax: 414-273-5198 |
| | Email: rlopez@gklaw.com |
| | Email: aeiden@gklaw.com |
| | |
| | *Attorneys for Defendant* |

21061164.1