UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

THOMAS MELZER
on behalf of himself and
all others similarly situated,

       Plaintiff,                            Case No. 18-cv-1080

    v.

PRO LABEL, INC.,

       Defendant.

## FINAL ORDER APPROVING SETTLEMENT

WHEREAS, the Court having previously preliminarily approved the parties' Settlement Agreement, ECF No. 24-1, has reviewed the parties' *Joint Motion for Final Approval of Class and Collective Action Settlement*, ECF No. 34, and *Plaintiff's Motion for Approval of Award of Attorneys' Fees and Costs to Class Counsel*, ECF No. 28, and has held a Fairness Hearing regarding the same on January 23, 2020:

IT IS HEREBY ORDERED:

1. The Settlement Agreement is approved as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e);

2. The Settlement Agreement represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

3. The Settlement Agreement is declared binding on Thomas Melzer, all of the Rule 23 Class Members who have not timely excluded themselves from the Settlement

1

Agreement ("Class Members"), and the FLSA Collective Members who have timely consented to join the Settlement Agreement ("Collective Members");

4. The settlement payments to all Class Members and Collective Members are approved;

5. Melzer's Enhancement Payment set forth in the Settlement Agreement is fair and reasonable and is approved;

6. Class Counsel's requested award of attorneys' fees in the amount of $83,333.33 and costs in the amount of $500.00 is fair and reasonable and is therefore approved;

7. The released claims of Thomas Melzer, Class Members and Collective Members against the Pro Label Released Parties, as that term is defined in the Settlement Agreement, are deemed dismissed with prejudice; and

8. This case is hereby dismissed on the merits with prejudice.

Dated this 23rd day of January, 2020.

s/William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court

21738779.2